Judge Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| JOANNE PORT, individually, and as the Personal Representative of the Estate of Ricky Alan Port,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES AND JOHN DOE CLINICS,<br><br>Defendants. | CASE NO. 2:17-cv-00591 RSM<br><br>STIPULATION AND ORDER FOR TRANSFER |

## **STIPULATION**

COMES NOW the above parties, Plaintiff by and through her attorney of record Jessica Holman Duthie and Defendant United States of America by and through its attorney of record, Whitney Passmore do hereby agree and stipulate to transfer Plaintiff's case to the United States District Court for the Eastern District of Washington.[1]

---

[1] By stipulating to transfer the case, the United States does not waive its right to raise the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action.

STIPULATION AND ORDER FOR TRANSFER - 1

Case No. 2:17-cv-00591

**HOLMAN LAW,** PLLC
The Holman Building
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, WA 98401-1338
T 253.627.1866 F 253.627.1924

RESPECTFULLY SUBMITTED this 11th day of August, 2017.

Presented By:

HOLMAN LAW, PLLC

_____*/s/ Jessica Holman Duthie*_____
Jessica Holman Duthie, WSBA No. 43065
Holman Law, PLLC
4041 Ruston Way, Suite 101
Tacoma, WA 98402
Telephone: (253) 627-1866
E-Mail: JHD@theholmanlawfirm.com

Attorney for Plaintiff

ANNETTE L. HAYES
United States Attorney

_____*/s/ Whitney Passmore*_____
Whitney Passmore, NC# 38421
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Email: whitney.passmore@usdoj.gov

Attorney for Defendant

## ORDER

The parties having so stipulated and agreed, it is **SO ORDERED** that Plaintiff's case is transferred to the United States District Court for the Eastern District of Washington.

DATED this 14 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR TRANSFER - 2

Case No. 2:17-cv-00591

**HOLMAN LAW,** PLLC
The Holman Building
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, WA 98401-1338
T 253.627.1866  F 253.627.1924